LIBBIE D. BLAKE, Respondent, v. FREDERICK W. CLARK, Appellant.—

Judgment and order affirmed, with costs, on the opinion of Kruse, P. J., in the cases of Lucy P. Ward and Walter A. Ward, against the same defendant [See 189 App. Div. 344], decided herewith. All concur.